UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**UNITED STATES OF AMERICA,**

                        **Docket No.: 24-CR-20022**
                        **Hon. DAVID M. LAWSON**

-V-

**ANTHONY DAIL,**

---

| **Assistant U.S. Attorney** | **Perkins Law Group, PLLC** |
|---|---|
| AUSA Rajesh Prasad | Todd Russell Perkins |
| 211 W. Fort St., Suite 2001 | 615 Griswold St., Suite 400 |
| Detroit, Michigan 48226 | Detroit, Michigan 48226 |
| (313) 226-0821 | (313) 964-1702 / fax (313) 964-1980 |
| Rajesh.prasad@usdoj.gov | tperkins@perkinslawgroup.net |

**STIPULATION TO ADJOURN OR EXTEND SURRENDER DATE TO THE BUREAU OF PRISONS**

    **NOW COMES,** Defendant, **ANTHONY DAIL**, by and through his counsel, **TODD RUSSELL PERKINS**, and the **UNITED STATES OF AMERICA**, by and through **AUSA RAJESH PRASAD**, who hereby stipulate and agree to the following**:**

1. That Defendant has been ordered to surrender to the Bureau of Prisons, specifically **FCI Allenwood Low, 2 US-15, Allenwood, PA 17810**, on November 13, 2024, at 12pm;

2. That Defendant is in need of an extension in order to address his personal affairs, which were expressed at sentencing and are reiterated herein

(Defendant seeks to be present for the birth of his child which is the early part of December).

3. That the parties stipulate and agree that a surrender date should be on or as soon thereafter as January 2, 2025.

**WHEREFORE,** Defendant, **ANTHONY DAIL,** by and through his attorney, **TODD RUSSELL PERKINS,** and the **UNITED STATES OF AMERICA**, by and through **AUSA RAJESH PRASAD**, enter into the aforementioned stipulations.

| | |
|---|---|
| /s/     TODD RUSSELL PERKINS | s/RAJESH PRASAD (*w/permission*) |
| Perkins Law Group PLLC | U.S. Attorney's Office |
| Attorney and Counselor for Anthony Dail | Attorney for the USA |
| 615 Griswold, Suite 400 | 211 W. Fort Street, Suite 2001 |
| Detroit, Michigan  48226 | Detroit, Michigan  48226 |
| (313) 964-1702 | (313) 226-0821 |
| tperkins@perkinslawgroup.net | rajesh.prasad@usdoj.gov |